MN, ND - 305
(10/00)



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5
For Deposit to Registry Fund**

Debtor:                George P. Cease

Chapter 7 Case No.     09-48066

Please Check One:

xxx     Unclaimed Dividends

____    Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| TCF<br>801 Marquette Ave<br>Mpls MN 55402 | 13 | 117.00 | 2.74 |

DATED: August 11, 2011

_____
John R. Stoebner, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN  55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

10-027

RECEIVED 11 AUG 15 AM 10:03 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN